Number: 06-15-189-CR

Style: Style: Donald Gene Shelby

Vs. State of Texas

RECEIVED IN
The Court of Appeals
Sixth District

NOV 1 9 2015

Texarkana, Texas
Debra Autrey, Clerk

Companion Case:

Amended/corrected statement: ☐

FILED IN
The Court of Appeals
Sixth District

NOV 1 9 2015

Texarkana, Texas
Debra K. Autrey, Clerk

# DOCKETING STATEMENT (Criminal)

Appellate Court:

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| First Name: Donald | ☐ Lead Attorney |
| Middle Name: GENE | First Name: |
| Last Name: SHELBY | Middle Name: |
| Suffix: | Last Name: |
| Appellant Incarcerated? ☑ Yes ☐ No | Suffix: |
| Amount of Bond: 10,000 | ☐ Appointed   ☐ District/County Attorney |
| Pro Se: ☑ | ☐ Retained   ☐ Public Defender |
| | Firm Name: |
| | Address 1: |
| | Address 2: |
| | City: |
| | State: Texas   Zip+4: |
| | Telephone:   ext. |
| | Fax: |
| | Email: |
| | SBN: |
| | Add Another Appellant/Attorney |

## III. Appellee

First Name: Donald

Middle Name: GENE

Last Name: SHEIBY

Suffix: —

Appellee Incarcerated? ☑ Yes ☐ No

Amount of Bond: 10,000

Pro Se: ☑

## IV. Appellee Attorney(s)

☐ Lead Attorney

First Name:

Middle Name:

Last Name:

Suffix:

☐ Appointed          ☐ District/County Attorney

☐ Retained           ☐ Public Defender

Firm Name:

Address 1:

Address 2:

City:

State: Texas          Zip+4:

Telephone:          ext.

Fax:

Email:

SBN:

Add Another Appellee/ Attorney

## V. Perfection Of Appeal, Judgment And Sentencing

Nature of Case (Subject matter or type of case): DWI

Type of Judgment: Driving while intoxicated

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: 2/7/2013

Offense charged: DWI

Date of offense: 8-4-2012

Defendant's plea: Guilty

If guilty, does defendant have the trial court's certificate to appeal?
☑ Yes ☐ No

Was the trial by: ☐ jury or ☑ non-jury?

Date notice of appeal filed in trial court:

If mailed to the trial court clerk, also give the date mailed:
11-17-2015

Punishment assessed: 15 years TDC NON Agg

Is the appeal from a pre-trial order? ☐ Yes ☑ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?
☑ Yes ☐ No

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial: ☑ Yes ☐ No    If yes, date filed:

Motion in Arrest of Judgment: ☑ Yes ☐ No    If yes, date filed:

Other: ☐ Yes ☐ No    If yes, date filed:

If other, please specify:

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed: ☐ Yes ☐ No ☐ NA    If yes, date filed:

Date of hearing: ☐ NA

Date of order: ☐ NA

Ruling on motion: ☐ Granted ☐ Denied ☐ NA    If granted or denied, date of ruling:

Court: 336th Judicial Dist

County: FANNIN

Trial Court Docket Number (Cause no): CR1224433-A

Trial Court Judge (who tried or disposed of the case):

First Name: Lorie/LAURINE

Middle Name: J

Last Name: BLAKE

Suffix:

Address 1: 101 East Sam Rayburn Dr Ste 201

Address 2:

City: Bonham

State: Texas    Zip + 4: 75418

Telephone: 903-583-7459 ext.

Fax: 903-640-1826

Email:

Clerk's Record:

Trial Court Clerk: ☐ District ☐ County

Was clerk's record requested? ☐ Yes ☐ No

If yes, date requested:

If no, date it will be requested:

Were payment arrangements made with clerk?

☐ Yes ☐ No ☐ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record? ☐ Yes ☐ No

Was reporter's record requested? ☑ Yes ☐ No

Was the reporter's record electronically recorded? ☑ Yes ☐ No

If yes, date requested: DEC 15 2015

Were payment arrangements made with the court reporter/court recorder? ☐ Yes ☐ No ☑ Indigent

---

☐ Court Reporter     ☐ Court Recorder
☐ Official     ☐ Substitute

First Name:

Middle Name:

Last Name:

Suffix:

Address 1:

Address 2:

City:

State: Texas    Zip + 4:

Telephone: ext.

Fax:

Email:

## IX. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: *06-15-00189-CR*                    Court: *336th*

Style: *Criminal*

Vs. State of Texas

*Donald GENE SHELBY*

## X. Signature

*Don Shelby*
_____
Signature of counsel (or Pro Se Party)                    Date: ▮▮▮▮▮▮▮▮

_____                          State Bar No: ▮▮▮▮▮▮▮
Printed Name:

Electronic Signature: ▮▮▮▮▮▮▮▮▮▮          Name: ▮▮▮▮▮▮▮▮
    (Optional)

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on ▮▮▮▮▮▮▮▮ .

_____
Signature of counsel (or pro se party)          Electronic Signature: ▮▮▮▮▮▮▮▮▮▮▮
                                                    (Optional)

                                                State Bar No.: ▮▮▮▮▮▮▮

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service;
(2) the name and address of each person served, and
(3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: ███████████████

Manner Served: ██████████

First Name: ████████████████████

Middle Name: ████████████████████

Last Name: ████████████████████

Suffix: ███████

Law Firm Name: ████████████████████

Address 1: ████████████████████

Address 2: ████████████████████

City: ████████████████████

State ██Texas██████████   Zip+4: ███████████

Telephone: ████████████  ext.  ██████

Fax: █████████████

Email: ██████████████████████

TO: Court of Appeals "sixth district"          11-17-15

I'm filling this Application best as possible, At the current time. We Are on A lock-down for security reasons and I'm not Able to get to the law library or seek Any type of help. So I filled out what I could. As you can see? I need An Attorney.

RECEIVED IN
The Court of Appeals
Sixth District

NOV 1 9 2015

Texarkana, Texas
Debra Autrey, Clerk